SUZANNE REILLY v. JACKSON TOWNSHIP BOARD
OF EDUCATION.

February 2, 1983.

Petition for certification denied.

SAMUEL R. DeLUCA v. A.C. MARINELAND CORP.

and

JOSEPH PANNULLO v. M.G.M. GRAND HOTEL–ATLANTIC
CITY, INC.

February 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE EDWARD ROBINSON, JR.

February 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL ANTHONY JONES.

February 2, 1983.

Petition for certification denied.